# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Daniel Baez
             Plaintiff,

v.                  Case No.: 1:18−cv−01842
                 Honorable Sharon Johnson Coleman

Account Recovery Solutions, LLC, et al.
             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 29, 2018:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 5/29/2018. Defendant Piccione Rinker Management's motion to dismiss [10] is stricken without prejudice. Status on service is set for 6/18/2018 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.